# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL #1**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542170US, addressed to "Donte Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "James Turner, 833 8th St Pl SE, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 10 ounces; postmarked August 11, 2021; and bearing $26.35 in postage.

**SEARCH WARRANT**

Case Number: 21-5167MB

TO: ANDREW MCCLAMROCK and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Andrew McClamrock, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL #1**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542170US, addressed to "Donte Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "James Turner, 833 8th St Pl SE, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 10 ounces; postmarked August 11, 2021; and bearing $26.35 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h) AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __8/27/21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__August 13, 2021 @ 4:32 pm__   at   Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
_____District of Arizona_____

*In the Matter of the Search of:*

**SUBJECT PARCEL #1**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542170US, addressed to "Donte Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "James Turner, 833 8th St Pl SE, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 10 ounces; postmarked August 11, 2021; and bearing $26.35 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-5167MB

I, ANDREW MCCLAMROCK, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL #1**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542170US, addressed to "Donte Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "James Turner, 833 8th St Pl SE, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 10 ounces; postmarked August 11, 2021; and bearing $26.35 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 18, United States Code, Section 1956(h) and Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF ANDREW MCCLAMROCK, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Bruce Van Baren

BRUCE VAN BAREN
Digitally signed by BRUCE VAN BAREN
Date: 2021.08.13 14:59:59 -07'00'

Sworn telephonically and subscribed electronically.

_Andrew McClamrock_
Signature of Affiant – ANDREW MCCLAMROCK

Date: August 13, 2021 @ 4:32 pm   at   Phoenix, Arizona
                                       City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_Deborah Fine_
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Andrew McClamrock, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since August 2015. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the U.S. Mail. I am currently assigned to the Phoenix Division, specifically to the Prohibited Mailings Narcotics Team ("PMNT") in Arizona, which is responsible for investigating narcotics violations involving U.S. Mail. My responsibilities include the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering) and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for two United States Postal Service (USPS) Priority Mail Express parcels (hereafter,

1

referred to as the "**SUBJECT PARCELS**"). The **SUBJECT PARCELS** are believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCELS** are further described as follows:

a. **SUBJECT PARCEL #1**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542170US, addressed to "Donte Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "James Turner, 833 8th St Pl SE, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 10 ounces; postmarked August 11, 2021; and bearing $26.35 in postage (hereinafter **SUBJECT PARCEL #1**).

b. **SUBJECT PARCEL #2**: One USPS Priority Mail Express parcel bearing USPS tracking number EI011542152US, addressed to "Paul Turner, 15243 W. Shaw Butte Dr., Suprise, AZ 85379," with a return address of "Will Turner, 617 F Ave, Hickory, NC 28602." It is a white Priority Mail Express envelope; weighing approximately 1 pounds and 11.3 ounces; postmarked August 11, 2021; and bearing $26.35 in postage (hereinafter **SUBJECT PARCEL #1**)

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Priority Mail Express and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.

When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Priority Mail Express operations, I am aware that the Priority Mail Express service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Priority Mail Express overnight delivery, but designed to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Priority Mail Express expects next-day service, a customer who mails an article via Priority Mail can expect two-to-three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Priority Mail Express, particularly when next-day service is not a requirement. I also know that, similar to Priority Mail Express, Priority Mail business mailings tend to be

3

smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Priority Mail Express and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

    d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an

4

area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

11. Priority Mail Express and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCELS

12. On August 12, 2021, your Affiant was alerted to two suspicious parcels (the **SUBJECT PARCELS**) addressed to the same address in Surprise, Arizona, and both bearing return addresses in Hickory, North Carolina. Additionally, the **SUBJECT PARCELS** were mailed from the same post office in North Carolina approximately 20 minutes apart. On the same day, Mesa Police Department Detective and Task Force Officer (TFO) Dawn Haynes reported to the delivery post office in Surprise, Arizona to take possession of the **SUBJECT PARCELS** for further investigation.

13. Upon physical examination of the **SUBJECT PARCELS**, the **SUBJECT PARCELS** met some of the characteristics listed in Paragraph 10 above. The **SUBJECT PARCELS** were addressed from one individual to another individual, bore handwritten address label information and weighed over one pound, which is heavier than the typical Priority Mail Express parcel. Also, the **SUBJECT PARCELS** were mailed to an address in Arizona from an address in North Carolina. Based on my training, experience, and the

5

collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is frequently a source location for controlled substances that are mailed to North Carolina, and that proceeds from the sale of controlled substances are frequently returned to Arizona from North Carolina via USPS.

14. A database query was conducted regarding the names and addresses for the **SUBJECT PARCELS** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, investigators learned that the delivery address for **SUBJECT PARCEL #1** was an existing, deliverable address but Donte Turner, is not associated with the address, 15243 W. Shaw Butte Dr., **Surprise** (Corrected Spelling), AZ 85379. The same database query revealed that the return address for **SUBJECT PARCEL #1** was an existing, deliverable address but James Turner is not associated with the address, 833 8th St Pl SE, Hickory, NC 28602.

16. Through the CLEAR database query, investigators learned that the delivery address for **SUBJECT PARCEL #2** was an existing, deliverable address but Paul Turner, is not associated with the address, 15243 W. Shaw Butte Dr., **Surprise** (Corrected Spelling), AZ 85379. The same database query revealed that the return

address for **SUBJECT PARCEL #2** was an existing, deliverable address but Will Turner is not associated with the address, 617 F Ave, Hickory, NC 28602.

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated or not currently associated with an address or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCELS

18. On August 12, 2021, TFO/Canine Handler Dawn Haynes advised the **SUBJECT PARCELS** were separated and individually inspected at the delivery post office by her canine "Nicole." Detective Haynes advised that "Nicole" separately gave a positive alert to each of the **SUBJECT PARCELS,** by lying down next to each individual parcel at approximately the following times:

   a. **SUBJECT PARCEL #1:** 12:45 PM

   b. **SUBJECT PARCEL #2:** 12:43 PM

19. Detective Haynes described that, when "Nicole" lays down next to an item as she did, "Nicole" is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence within the **SUBJECT PARCELS** of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

20. Detective Haynes advised she is a Mesa Police Department Detective currently assigned to the handling and care of Mesa Police Department canine "Nicole." Detective Haynes has been a police officer with Mesa Police for 20 years. "Nicole" is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for the Mesa Police Department since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). Detective Haynes' certifications also include the completion of a canine certification course put on Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at the Mesa Police Department, "Nicole" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

//
//
//
//
//
//
//
//
//

## CONCLUSION

21. Based on these facts, there is probable cause to believe that the **SUBJECT PARCELS** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

*Andrew McClamrock*
ANDREW MCCLAMROCK
United States Postal Inspector

Subscribed electronically and sworn to telephonically on this __13th__ day of August, 2021 at 4:32 pm.

*Deborah M. Fine*
HONORABLE DEBORAH M. FINE
United States Magistrate Judge